THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ALSOP, | : |
| Plaintiff | : |
| v. | : 3:20-CV-1520 |
| | : (JUDGE MARIANI) |
| WARREN D.K. WHITE, et al., | : |
| Defendants | : |

**ORDER**

AND NOW, THIS ___1st___ DAY OF MARCH, 2021, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's failure to file any documents in this action since September, 2020, including filing a response to Magistrate Judge Saporito's show cause order (Doc. 8) or objections to the R&R (Doc. 9) supports the conclusion that Plaintiff has failed to prosecute and has abandoned this action.